IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Alan K. Potts,                                    :

       Plaintiff                          : Case No. 2:13-cv-01000

v.                                                : Judge Sargus

Carolyn Colvin,                                   : Magistrate Judge Abel
Acting Commissioner of Social Security,
                                                  :
       Defendant
                                                  :

## ORDER

The parties' July 28, 2014 joint motion to remand to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) (doc. 24) is GRANTED. Upon receipt of the Court's order, the Appeals Council will vacate the Administrative Law Judge's decision and remand the case to an Administrative Law Judge ("ALJ") with instructions to afford Plaintiff the opportunity for a new hearing and to present new evidence. The ALJ will consider and weigh all opinion evidence, including the opinions of Dr. Preeti Agrawal, identifying what weight is given to such opinions and providing a rationale for discounting any opinions with appropriate citations to the evidence of record that supports such findings. The ALJ will also reevaluate Plaintiff's maximum residual functional capacity with specific reference to supporting evidence for the assessed limitations and will obtain supplemental vocational expert testimony if necessary to issue a new decision.

                                                                     _____  8-13-14
                                                                     Edmund A. Sargus, Jr.
                                                                     United States District Judge