UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALAN K. POTTS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 2:13-cv-1000
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

The parties have stipulated to an award of fees under the Equal Access to Justice Act ("EAJA"). Pursuant to that stipulation, Plaintiff is awarded the sum of $3,510.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

IT IS SO ORDERED.

12-9-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE